## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL JOHNSON-WILLIAMS a/k/a Cheryl Angrum, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. **3:17-CV-2072-L** |
| CITIMORTGAGE, INC., | | |
| Defendant. | | |

## ORDER

Before the court are Plaintiff's Motion to Remand (Doc. 6), filed August 15, 2017; and Defendant CitiMortgage, Inc.'s Motion to Dismiss (Doc. 3), filed August 4, 2017. The court referred this case to the Honorable United States Magistrate Judge Irma Carrillo Ramirez for pretrial management on September 15, 2017 (Doc. 10). On January 31, 2018, Judge Ramirez issued her Findings, Conclusions, and Recommendation ("Report"). The magistrate judge recommended that Plaintiff's Motion to Remand be denied and that CitiMortgage's Motion to Dismiss be granted. Plaintiff Cheryl Johnson-Williams ("Johnson-Williams") objected to the Report.

The magistrate judge found that diversity jurisdiction existed because there was complete diversity of citizenship between the parties and the amount in controversy exceeded $75,000. Judge Ramirez concluded that removal to federal court was proper, that the court had jurisdiction to hear the case, and that the court should deny Plaintiff's Motion to Remand. Regarding the motion to dismiss, Judge Ramirez concluded that CitiMortgage, Inc.'s affirmative defense of res judicata was valid, that all claims were barred by res judicata, and that they should be dismissed.

**Order – Page 1**

Johnson-Williams objects to the Report and requests the court to reject the findings and conclusions of the magistrate judge. The Report contains a detailed analysis as to why res judicata applies, and nothing is gained by the court reiterating what Judge Ramirez has set forth in her comprehensive analysis of the operative issues. There is no question that res judicata bars Johnson-Williams's claims. The objections asserted by Plaintiff are without merit, and the court **overrules** them.

After careful consideration and a de novo review of those findings and conclusions to which Plaintiff objected, the court **concludes** that the findings and conclusions are correct, and accepts them as those of the court. Accordingly, the court **denies** Plaintiff's Motion to Remand, **grants** CitiMortgage, Inc.'s Motion to Dismiss, and **dismisses with prejudice** this action. The court will enter judgment by separate document as required by Federal Rule of Civil Procedure 58(a).

**It is so ordered** this 28th day of February, 2018.

Sam A. Lindsay
United States District Judge